UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
**TAYLOR R. BASSI**              :        Case Number 2:16-cv-06432-ER
    **Plaintiff**                          :
                                 :
    **vs.**                                    :
                                 :
**TRANS UNION, LLC, et. al.**   :
    **Defendants**                       :
_____:


## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, TAYLOR R. BASSI, and the defendant, EQUIFAX INFORMATION SERVICES, LLC, that the above-entitled action is hereby dismissed <u>with prejudice</u> as to EQUIFAX INFORMATION SERVICES, LLC only, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

        Vullings Law Group, LLC

BY: _/s/ Brent F. Vullings_____
        Brent F. Vullings, Esquire
        Attorney for Plaintiff

        King & Spalding LLP

BY: _/s/ Theodore Roethke_____
        Theodore Roethke, Esq.
        Attorney for Equifax Information Services, LLC

        IT IS SO ORDERED.

        _____
                              J.